UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

In Re:  Michael Anthony Torres, Ii                                           Case No: 18-80354-G1-13
      Angelica Maria Torres                                                   Chapter 13
      Debtor(s)

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED
CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF
CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND
(5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under Chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to FED. R. BANKR. P. 3012. The hearing will take place at 1:30 pm on February 08, 2019 at 601 Rosenberg Street, Galveston, TX 77550 on the 7th Floor of the Federal Building.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the debtor(s) attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s)' counsel, the Chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this Chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under Chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

                                                                                     /s/ William E. Heitkamp
                                                                                    William E. Heitkamp, Trustee
                                                                                    Admissions I.D. No. 3857
                                                                                    9821 Katy Freeway, Suite 590
                                                                                    Houston, Texas 77024
                                                                                    (713) 722-1200

The Debtor(s)' **"Plan and Statistical Cover Sheet to Proposed Plan"** is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

```
                          United States Bankruptcy Court
                            Southern District of Texas

In re:                                                          Case No. 18-80354-mi
Michael Anthony Torres, II                                      Chapter 13
Angelica Maria Torres
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0541-3          User: dhan              Page 1 of 2              Date Rcvd: Dec 14, 2018
                              Form ID: pdf012         Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb         +Michael Anthony Torres, II,    Angelica Maria Torres,    2325 Ruby Dr.,
                 Texas City, TX 77591-1410
10444495       +Associated Credit Union of Texas,    Attn: Bankruptcy Department,    PO Box 9004,
                 League City, TX 77574-9004
10444497        Chase,   Cardmember Service,   P.O. Box 15298,    Wilmington, DE 19850-5298
10444498       +Conn Appliances, Inc.,    c/o Becket & Lee LLP,    PO Box 3002 Dept. Conns,
                 Malvern, PA 19355-0702
10444499       +Direct Energy, LP,    PO Box 180,   Tulsa, OK 74101-0180
10444503       +Home Depot Credit Services,    PO Box 6497,   Sioux Falls, SD 57117-6497
10444504       +Hughes, Watters & Askanase, LLP,    1201 Louisiana, Ste. 2800,    Houston, TX 77002-5607
10444505       +Interlinc Mortgage Inc.,    1 Corporate Dr., Ste. 360,   Lake Zurich, IL 60047-8945
10444506       +Michelle Garcia,    9529 Blue Bonnet Dr.,   Texas City, TX 77591-7036
10444514        UTMB,   Faculty Group Practice,   Physicians' Billing Service,    P.O. Box 4797-770,
                 Houston, TX 77210-4779
10444513       +University Federal Credit Union,    Customer Service,   PO Box 31535,    Tampa, FL 33631-3535
10444515        Wells Fargo Dealer Services,    MAC T9017-026,   PO Box 168048,    Irving, TX 75016-8048
10444516       +Wells Fargo Home Mortgage, Inc.,    P.O. Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10444496        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 21:38:52      Capital One,
                 Attn: Bankruptcy Dept.,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
10444500       +E-mail/Text: bankruptcynotices@dcicollect.com Dec 14 2018 21:34:40
                 Diversified Consultants, Inc.,    P.O. Box 551268,   Jacksonville, FL 32255-1268
10444501       +E-mail/Text: bankruptcy@firstelectronic.com Dec 14 2018 21:35:01      First Electronic Bank,
                 PO Box 521271,    Salt Lake City, UT 84152-1271
10444502       +E-mail/Text: jmoreno@hillcrestdavidson.com Dec 14 2018 21:33:34
                 Hillcrest Davidson & Associates,    850 N. Dorothy Dr., Ste. 512,    Richardson, TX 75081-2794
10447437        E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 21:33:11      INTERNAL REVENUE SERVICE,
                 P O Box 7346,    Philadelphia PA 19101-7346
10448377       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 21:38:02
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
10444508        E-mail/Text: appebnmailbox@sprint.com Dec 14 2018 21:33:57      Sprint,   Attn: Bankruptcy Dept.,
                 PO Box 7949,    Overland Park, KS 66207
10444509       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 21:38:45      SYNCB/JCP,
                 ATTN: Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5060
10444510       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 21:37:41      SYNCB/Walmart,
                 ATTN: Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5060
10444507       +E-mail/Text: bankruptcy@sw-credit.com Dec 14 2018 21:34:05      Southwest Credit Systems,
                 4120 International Parkway, Ste. 1100,   Carrollton, TX 75007-1958
10444511       +E-mail/Text: EBankruptcy@UCFS.NET Dec 14 2018 21:35:12      United Consumer Financial Services,
                 865 Bassett Rd.,    Westlake, OH 44145-1194
10444512       +Fax: 512-977-7890 Dec 14 2018 22:02:35     University Federal Credit Union,    PO Box 9350,
                 Austin, TX 78766-9350
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              InterLinc Mortgage Services, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0541-3          User: dhan              Page 2 of 2            Date Rcvd: Dec 14, 2018
                              Form ID: pdf012         Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Michael L Weems    on behalf of Creditor    InterLinc Mortgage Services, LLC mlw@hwa.com
              Thomas M Root    on behalf of Debtor Michael Anthony Torres, II tomsnotices@gipsonandnorman.com,
               stephanie@gipsonandnorman.com;tmrbkcy@gmail.com
              Thomas M Root    on behalf of Joint Debtor Angelica Maria Torres tomsnotices@gipsonandnorman.com,
               stephanie@gipsonandnorman.com;tmrbkcy@gmail.com
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
              William E. Heitkamp    heitkamp@ch13hou.com
                                                                                             TOTAL: 5
```