IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE: MICHAEL ANTHONY TORRES, II       CASE NO. 18-80354-G1
ANGELICA MARIA TORRES
DEBTORS                                  CHAPTER 13

## FIRST NOTICE OF CHANGE IN SCHEDULES

The attached amendments are being filed for the following reason:

| | |
|---|---|
| \_\_\_\_\_ | Adding creditors |
| \_\_\_\_\_ | Deleting creditors |
| \_\_\_\_\_ | Creditor address changes |
| \_\_\_\_\_ | Other changes in status of original scheduled debt |
| __X__ | Amendment to budget: "Schedule I – Current Income of Individual Debtors and/or "Schedule J – Current Expenditures of Individual Debtors |
| \_\_\_\_\_ | Amendment to "Schedule A/B – Real Property" |
| \_\_\_\_\_ | Amendment to "Schedule C – Property Claimed as Exempt" |
| \_\_\_\_\_ | Changes to the Statement of Intention |
| \_\_\_\_\_ | Changes to the Statement of Financial Affairs |
| \_\_\_\_\_ | Changes to Form 122C-1 and Form 122C-2 |
| \_\_\_\_\_ | Check here if filing initial amended schedules due to Chapter Conversion. |

You are hereby notified that the debtors have amended Schedules I & J due to the First Amended Plan filed.

Date: March 29, 2019

/s/Thomas M. Root\_\_\_\_
THOMAS M. ROOT
SBN. 17232600
Gipson and Norman
450 N. Texas Ave., Ste. A
Webster, Texas 77598
Phone: (281) 332-4800
Fax:  (281) 332-4808
admin@gipsonandnorman.com
Attorney for Debtors

1

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| IN RE: MICHAEL ANTHONY TORRES, II | CASE NO. 18-80354-G1 |
| ANGELICA MARIA TORRES | |
| DEBTORS | CHAPTER 13 |

**CERTIFICATE OF MAILING**

    The undersigned hereby certifies that a true copy of the First Notice of Change in Schedules with the attached amendments were served to all parties in interest at the addresses set forth below by via first class, via telephonic transmission and/or served via electronic means on March 29, 2019.

    /s/Thomas M. Root
    THOMAS M. ROOT
    SBN. 17232600
    Attorney for Debtors

United States Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

William E. Heitkamp
Chapter 13 Trustee
9821 Katy Freeway, Ste. 590
Houston, TX 77024

Michael & Angelica Torres
2325 Ruby Dr.
Texas City, TX 77591