

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
04/04/2019

IN RE:   MICHAEL ANTHONY TORRES, II          CASE NO. 18-80354-G1
         ANGELICA MARIA TORRES
         DEBTORS                              CHAPTER 13

**FIRST AMENDED ORDER TO
JOINT DEBTOR'S EMPLOYER TO PAY CHAPTER 13 TRUSTEE**

(1)   UTMB, 301 UNIVERSITY BLVD., GALVESTON, TX 77555, is ordered to withhold $1,925.00 each month** out of the income of ANGELICA MARIA TORRES and pay the withheld amount to the chapter 13 trustee.   Payment shall be made to:

WILLIAM E. HEITKAMP
CHAPTER 13 TRUSTEE
PO BOX 740
MEMPHIS, TN 38101-0740

(2)   All withheld amounts must be paid to the chapter 13 trustee within 7 days of the date on which the amount is withheld.

(3)   These wage deductions shall continue until further order of this Court.

(4)   The employer may not charge a fee or other cost for compliance with this Order.

(5)   The chapter 13 trustee and the Joint Debtor shall each submit a copy of this order to the employer.

Signed: April 04, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

_____
**If a debtor is paid twice each month, the withholding should be 50% of the amount out of each paycheck.   If a debtor is paid 26 times per year, the withholding should be 46.15% of the amount out of each paycheck.   If a debtor is paid weekly, the withholding should be 23.08% of the amount out of each paycheck.