

ENTERED
04/04/2019

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE:   MICHAEL ANTHONY TORRES, II           CASE NO. 18-80354-G1
         ANGELICA MARIA TORRES
         DEBTORS                               CHAPTER 13

### FIRST AMENDED ORDER TO
### DEBTOR'S EMPLOYER TO PAY CHAPTER 13 TRUSTEE

1. TURNER INDUSTRIES GROUP, LLC, PO BOX 2750, BATON ROUGE, LA 70821, is ordered to withhold $1,925.00 each month** out of the income of MICHAEL ANTHONY TORRES, II and pay the withheld amount to the chapter 13 trustee. Payment shall be made to:

   WILLIAM E. HEITKAMP
   CHAPTER 13 TRUSTEE
   PO BOX 740
   MEMPHIS, TN 38101-0740

2. All withheld amounts must be paid to the chapter 13 trustee within 7 days of the date on which the amount is withheld.

3. These wage deductions shall continue until further order of this Court.

4. The employer may not charge a fee or other cost for compliance with this Order.

5. The chapter 13 trustee and the Debtor shall each submit a copy of this order to the employer.

Signed: April 04, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

---

**If a debtor is paid twice each month, the withholding should be 50% of the amount out of each paycheck.  If a debtor is paid 26 times per year, the withholding should be 46.15% of the amount out of each paycheck.  If a debtor is paid weekly, the withholding should be 23.08% of the amount out of each paycheck.