

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
04/04/2019

IN RE: MICHAEL ANTHONY TORRES, II          CASE NO. 18-80354-G1
ANGELICA MARIA TORRES
DEBTORS                                     CHAPTER 13

FIRST AMENDED ORDER TO
JOINT DEBTOR'S EMPLOYER TO PAY CHAPTER 13 TRUSTEE

(1) UTMB, 301 UNIVERSITY BLVD., GALVESTON, TX 77555, is ordered to withhold $1,925.00 each month** out of the income of ANGELICA MARIA TORRES and pay the withheld amount to the chapter 13 trustee. Payment shall be made to:

WILLIAM E. HEITKAMP
CHAPTER 13 TRUSTEE
PO BOX 740
MEMPHIS, TN 38101-0740

(2) All withheld amounts must be paid to the chapter 13 trustee within 7 days of the date on which the amount is withheld.

(3) These wage deductions shall continue until further order of this Court.

(4) The employer may not charge a fee or other cost for compliance with this Order.

(5) The chapter 13 trustee and the Joint Debtor shall each submit a copy of this order to the employer.

Signed: April 04, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

---

**If a debtor is paid twice each month, the withholding should be 50% of the amount out of each paycheck. If a debtor is paid 26 times per year, the withholding should be 46.15% of the amount out of each paycheck. If a debtor is paid weekly, the withholding should be 23.08% of the amount out of each paycheck.

United States Bankruptcy Court
Southern District of Texas

In re:  
Michael Anthony Torres, II  
Angelica Maria Torres  
      Debtors

Case No. 18-80354-mi  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0541-3      User: rcas      Page 1 of 1      Date Rcvd: Apr 04, 2019  
                       Form ID: pdf005      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.  
db/jdb      +Michael Anthony Torres, II,    Angelica Maria Torres,    2325 Ruby Dr.,    Texas City, TX 77591-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:  
       Cristina Platon Camarata    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation cristina.camarata@tx.cslegal.com,   bkdept@tx.cslegal.com  
       Michael L Weems    on behalf of Creditor    InterLinc Mortgage Services, LLC mlw@hwa.com  
       Patti H Bass    on behalf of Creditor    United Consumer Financial Serv. ecf@bass-associates.com  
       Thomas M Root    on behalf of Debtor Michael Anthony Torres, II tomsnotices@gipsonandnorman.com, stephanie@gipsonandnorman.com;tmrbkcy@gmail.com  
       Thomas M Root    on behalf of Joint Debtor Angelica Maria Torres tomsnotices@gipsonandnorman.com, stephanie@gipsonandnorman.com;tmrbkcy@gmail.com  
       US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV  
       William E. Heitkamp    heitkamp@ch13hou.com  
       TOTAL: 7