B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN

In re MICHAEL ANTHONY TORRES, II AKA MICHAEL A. TORRES AKA MICHAEL TORRES AKA ANGELICA RAMOS EDWARDS, ANGELICA MARIA TORRES AKA ANGELICA M. TORRES AKA ANGELICA TORRES AKA ANGELICA RAMOS AKA ANGELICA M. EDWARDS
    Debtor

Case No. 18-80354

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplemental to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** ROUNDPOINT MORTGAGE SERVICING CORPORATION

**Court claim no.** (if known): 17-1

**Last four digits** of any number you use to identify the debtor's account: xxxxxx2651

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | 03/27/19 | (3) | $200.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fess | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify: _____ | 03/15/19 | (10) | $15.00 |
| 11. | Other. Specify: _____ | | (11) | |
| 12. | Other. Specify: _____ | | (12) | |
| 13. | Other. Specify: _____ | | (13) | |
| 14. | Other. Specify: _____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3001.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _Dena Queen_ (Signature)    Date  4-19-19

Print: Dena Queen (First Name / Middle Name / Last Name)    Title: Bk Oversight Specialist

44-19-0718

Company: Roundpoint Mortgage Servicing Corp.

Address: 5016 Parkway Plaza Blvd.
Charlotte, NC 28217

Telephone number:        email:

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor
☐ I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____    Date _____
　　Signature

Print: _____    Title _____
　　　First Name   Middle Name   Last Name

　　　　　　　　　　　　　　　　　　　　　　　　　　　44-19-0718

Company _____

Address _____
　　　Number       Street

　　　_____
　　　City              State   ZIP Code

Telephone number: _____   email: _____

B 10 (Supplement 2) (12/11)

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 22, 2019</u> a true and correct copy of the above and foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges shall be served via electronic means, if available, otherwise by regular, first class mail on <u>April 23, 2019</u> to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

MICHAEL ANTHONY TORRES, II AKA
MICHAEL A. TORRES AKA MICHAEL TORRES
AKA ANGELICA RAMOS EDWARDS
ANGELICA MARIA TORRES AKA
ANGELICA M. TORRES AKA ANGELICA TORRES
AKA ANGELICA RAMOS AKA ANGELICA M. EDWARDS
2325 RUBY DR.
TEXAS CITY, TX 77591
**DEBTOR**

THOMAS M. ROOT
450 N. TEXAS AVE., STE. A
WEBSTER, TX 77598
**ATTORNEY FOR DEBTOR**

WILLIAM E. HEITKAMP
9821 KATY FREEWAY, STE 590
HOUSTON, TX 77024
**CHAPTER 13 TRUSTEE**

*Codilis & Moody, P.C.*

By: /s/ Cristina Platon Camarata
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060
**ATTORNEYS FOR SECURED CREDITOR**

44-19-0718
XXXXX2651
TORRES, II, MICHAEL ANTHONY
Conventional

**Mortgage Contracting Services, LLC**

4890 West Kennedy Blvd.
Tampa, FL 33609
Phone No: (813) 874-2177
Fax No: (813) 258-5729

**Property Insp. - Property Inspection Services - INVOICE**

Roundpoint Mortgage Servicing Corp

5032 Parkway Plaza Blvd
Charlotte, NC 28217

Re: TORRES II MICHAEL ANTHONY
2325 RUBY DR
TEXAS CITY, TX 77591
0000

Loan #:
Loan Type:
Inv. ID / Cat. ID:
Cost Center:
FHA Case No:
GSE Code:
GSE REO Rem. Code:

Original Mortgage Amount: $206,215.00
Litigation Status Code:
Man Code: 0

Invoice #: 60059998_00086
Invoice Status: Check Confirmed
Input By: Amalia Inaty
Date Submitted: 3/18/2019
Invoice Date: 3/17/2019
Vendor Ref #:
Vendor Code:

Payee Code:
Type: Non Judicial
Order Date: 3/12/2019
Order Complete Date: 3/15/2019
Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal: N/A
HiType: 1
Class Code: 01

Invoice ID: 249499009
Asset Number: 01
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 3/18/2019 | | | | 3/21/2019 | 3/21/2019 | 3/22/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Bankruptcy Inspection | | | 03/15/2019 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note: BANKRUPTCY** | | | | | | | | |
| | | | | | | $15.00 | $0.00 | $15.00 |
| **Total:** | | | | | | $15.00 | $0.00 | $15.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

**Codilis & Stawiarski, P.C.(TX)**
650 N. Sam Houston Pkwy East
Houston, TX 77060
Phone No: (720) 221-5863
Fax No: (281) 925-5300

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Roundpoint Mortgage
Servicing Corp

5032 Parkway Plaza Blvd
Charlotte, NC 28217

Re: TORRES II MICHAEL ANTHONY
2325 RUBY DR
TEXAS CITY, TX 77591
0000

Loan #:
Loan Type:
Inv. ID / Cat. ID:
Cost Center:
FHA Case No:
GSE Code:
GSE REO Rem. Code:

Original Mortgage Amount: $206,215.00
Litigation Status Code:
Man Code: 0

BK Case No: 18-80354
BK Chapter: 13

Invoice #: 301068
Invoice Status: Check Confirmed
Input By: Priscilla Martinez
Date Submitted: 3/28/2019
Invoice Date: 3/27/2019
Vendor Ref #: 44-19-0718
Vendor Code: CSTX

Payee Code: Codil77060
Type: Non Judicial
Referral Date: 3/13/2019

Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal: N/A
HiType: 1
Class Code: 01

Invoice ID: 250207556
Asset Number:
Outsourcer: LPS Default Solutions

01

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 3/28/2019 | 4/4/2019 | 4/4/2019 | | 4/5/2019 | 4/5/2019 | 4/6/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | 03/27/2019 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |

**Note:** Fee for review of Debtors Chapter 13 Plan, Statement and Schedules and filing a Notice of Appearance - Recoverable - Recoverable from the borrower
Service From Date: 3/27/2019     Service To Date: 3/27/2019

| | | | |
|---|---|---|---|
| | $200.00 | $0.00 | $200.00 |

Total:    $200.00   $0.00   $200.00

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Allowable not exceeded